# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-870
Lower Tribunal No. 20-CA-005307

_____

ROBERT APPLEGATE,

Appellant,

v.

AVARD LAW OFFICES, P.A., MARK ZAKHVATAYEV, ESQ., CAROL AVARD, ESQ., MICHAEL G. SEXTON, ESQ., DOUGLAS D. MAHONEY, ESQ., CHRISTOPHER BOND SMITH, ESQ., and PORTER WINSTON, ESQ.,

Appellees.

_____

Appeal from the Circuit Court for Lee County.
Joseph C. Fuller, Judge.

December 5, 2023

PER CURIAM.

AFFIRMED.

NARDELLA, SMITH and BROWNLEE, JJ., concur.


Megan E. Shaw, of Parrish & Goodman, PLLC, Fort Myers, for Appellant.

David C. Borucke, of Cole, Scott & Kissane, P.A., Tampa, for Appellees.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED